UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-029

No. 20-8050

In re: CELGENE COPORATIONS SECURITIES LITIGATION

Celgene Corporation, Scott A. Smith, Terrie Curran, and Philippe Martin,
Petitioners

(D.N.J. No. 2-18-cv-04772)

Present:  MCKEE, GREENAWAY Jr. and BIBAS, Circuit Judges

1.  Petition for Leave to Appeal the District Court order dated November 25, 2020, pursuant to Fed. R. Civ. P. 23(f);

2.  Response by Respondent AMF Pensionsforsakring AB;

3.  Motion by Petitioners for Leave to File Reply in Support of Petition Pursuant to Fed. R. Civ. P. 23(f) with Reply;

4.  Response by Respondent AMF Pensionsforsakring AB to Motion to File Reply.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing Petition for leave to appeal the district court order dated November 25, 2020, pursuant to Fed.R.Civ.P. 23(f) is denied without prejudice.  Motion to file Reply in Support of Petition is Granted.

By the Court,

s/Theodore A. McKee
Circuit Judge

Dated: March 2, 2021
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk